| | |
|---|---|
| From: | Processing <processing@afxllc.com> |
| Sent: | Thursday, January 29, 2015 4:56 PM |
| To: | Brown Robert Y |
| Cc: | afxdata@gmail.com |
| Subject: | AFX TitleSearch.com - Invoice (PAID) |

**Exhibit 4**

# AFX / TitleSearch.com
*AFX Research, LLC*

AFX Research, LLC
211B Tank Farm Road
San Luis Obispo, CA 93401

INVOICE

Date: 1/29/2015
Invoice #48368
PO / Ref #:

Rep: Robert Brown

| DESCRIPTION | AMOUNT |
|---|---|
| TitleSearch.com Property Report  Description: Spingdale 815-30867-001 Washington Church of Northwest Arkansas | $159.95 |

**PAID**

1

|  | TOTAL | $159.95 |
|--|-------|---------|

If you have any questions or need any further assistance please contact us anytime.

*__THANK YOU FOR YOUR BUSINESS!__*

**877-848-5337**